No. 90–906. METROPOLITAN WASHINGTON AIRPORTS AUTHORITY ET AL. *v.* CITIZENS FOR THE ABATEMENT OF AIRCRAFT

NOISE, INC., ET AL.   C. A. D. C. Cir.   Certiorari granted.